**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EASYRIDERS, INC., et al.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**RICK PIERCE, et al.** )<br>)<br>Defendant )<br>_____)<br>**JAMES SALVEN, TRUSTEE for the** )<br>**Chapter 7 Bankruptcy Estate of RICK** )<br>**PIERCE, Debtor,** )<br>)<br>Counterclaimant and )<br>Cross-Claimant, )<br>)<br>v. )<br>)<br>**EASYRIDERS, INC.,** a **Deleware** )<br>**Corporation; NEWRIDERS INC.,** a )<br>**Nevada Corporation; JOHN MARTIN;** )<br>**WILLIAM NORDSTROM, JOSEPH** )<br>**TERESI; WILLIAM PRATHER;** )<br>**MARNA PRATHER; LEON HATCHER,**)<br>**HAL BOLEN,** )<br>)<br>Counter-Defendants and )<br>Cross-Defendants )<br>_____)<br>)<br>**AND RELATED ACTIONS** )<br>)<br>_____) | **CV F 99-5837  AWI DLB**<br><br>**ORDER VACATING**<br>**HEARING DATE OF**<br>**DECEMBER 5, 2005** |

///

James Salven, trustee for the bankruptcy estate of debtor Rick Pierce and Defendant/Counterclaimant in this action has noticed for hearing and decision a motion to dismiss all Salven's remaining claims in this case. The matter was scheduled for oral argument to be held December 5, 2005. The Court has reviewed Salvan's motion. No opposition has been received as of the date of this order. The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 5, 2005, is VACATED, and no party shall appear at that time. As of December 5, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   November 30, 2005**          **/s/ Anthony W. Ishii**
h2ehf                                    UNITED STATES DISTRICT JUDGE