1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EASYRIDERS, INC., et al.                ) | CV F 99-5837  AWI DLB |
|                                         ) | |
| Plaintiff,                              ) | ORDER GRANTING |
|                                         ) | COUNTERCLAIMANT'S |
| v.                                      ) | MOTION PURSUANT TO |
|                                         ) | F.R.C.P. 41 TO DISMISS ALL |
| RICK PIERCE, et al.                     ) | REMAINING CLAIMS WITH |
|                                         ) | PREJUDICE AND CLOSE THE |
| Defendant                               ) | CASE |
| _____ ) | |
| JAMES SALVEN, TRUSTEE for the           ) | |
| Chapter 7 Bankruptcy Estate of RICK     ) | |
| PIERCE, Debtor,                         ) | |
|                                         ) | |
| Counterclaimant and                     ) | |
| Cross-Claimant,                         ) | |
|                                         ) | |
| v.                                      ) | |
|                                         ) | |
| EASYRIDERS, INC., a Deleware            ) | |
| Corporation; NEWRIDERS INC., a          ) | |
| Nevada Corporation; JOHN MARTIN;        ) | |
| WILLIAM NORDSTROM, JOSEPH               ) | |
| TERESI; WILLIAM PRATHER;                ) | |
| MARNA PRATHER; LEON HATCHER,            ) | |
| HAL BOLEN,                              ) | |
|                                         ) | |
| Counter-Defendants and                  ) | |
| Cross-Defendants                        ) | |
| _____ ) | |
|                                         ) | |
| AND RELATED ACTIONS                     ) | |
|                                         ) | |
| _____ ) | |

///

James Salven ("Salven"), trustee for the bankruptcy estate of debtor Rick Pierce and Defendant/Counterclaimant in this action has noticed for hearing and decision a motion to dismiss all Salven's remaining claims in this case. Salven, through his attorney, states that all direct claims in this case have been dismissed and the only remaining active cross-defendant is William Nordstrom ("Nordstrom"). Cross defendant Leon Hatcher and counterdefendant Newriders, Inc. are both in default. All other individual cross-defendants have been dismissed. Salven represents he has entered into a settlement agreement with Nordstrom and Nordstrom's third-party insurer to settle Salven's claims. One of the terms of the proposed settlement is dismissal with prejudice of all Salven's remaining claims in his Second Amended Counterclaim and Cross-Claim. Salven also alleges he has settled all claims against counterdefendant Easyriders, Inc. ("Easyriders"), but Easyriders has not been dismissed because no representative of Easyriders will sign a stipulation for dismissal. Salven contends dismissal by order of the court pursuant to Rule 41(a)(2) is necessary because Easyriders refuses to take any action in this case.

Because Salven seeks dismissal of this case after responsive pleadings have been filed, voluntary dismissal pursuant to Rule 41(a)(1) is not appropriate. Pursuant to Rule 41(a)(2), the case may only be dismissed "upon order of the court and upon such terms and conditions as the court deems proper. [. . . .] Unless otherwise specified in the order, a dismissal under this paragraph is without prejudice."

No party has filed any objection to Salven's motion to dismiss with prejudice. In view of the non-opposition of the parties and in consideration of the court's interest in the settlement of this case, the court finds dismissal is proper and no party is prejudiced by the dismissal. The court further finds Salven's request for dismissal with prejudice is appropriate.

THEREFORE, it is hereby ORDERED that Salven's motion to dismiss the case pursuant to Rule 41(a)(2) is hereby GRANTED. All remaining claims, counterclaims and cross-claims in this case are DISMISSED. The clerk of the court shall CLOSE THE CASE.

IT IS SO ORDERED.

**Dated:  December 6, 2005**             /s/ Anthony W. Ishii
h2ehf                                              UNITED STATES DISTRICT JUDGE